IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATHY SHERRER,<br><br>    Plaintiff,<br><br>v.<br><br>JASON PIETRYGA, KELLY PALUSO, and JAYNIE PALMER,,<br><br>    Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:18-cv-663-CW<br><br>District Judge Clark Waddoups |

  Plaintiff Kathy Sherrer, proceeding *in forma pauperis* and pro se, brings this civil rights action against the Jason Pietryga, Kelly Paluso, and Jaynie Palmer, apparently seeking relief for their role in her separation from one of her children. (Amended Complaint, ECF No. 9.) This action was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). (ECF No. 6.) The matter is now before the court on a Report and Recommendation from Magistrate Judge Pead, dated December 14, 2018, in which he recommends that the action be dismissed for failure to state a claim. (ECF No. 10.) The Report and Recommendation is incorporated by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

  Twenty-four days have passed since Magistrate Judge Pead entered his recommendation, and it remains unopposed. *See* Fed. R. Civ. P. 72(b)(2) (permitting a party, within fourteen days of being served, to file written objections). Therefore, the court "may review [his] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991). Because Ms. Sherrer is proceeding pro se, the court must liberally construe her pleadings, *Haines*

*v. Kerner*, 404 U.S. 519, 520–21 (1972), but it cannot advocate for her, *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

After careful review of the record, applying a de novo standard of review, the court AFFIRMS and ADOPTS Magistrate Judge Pead's recommendation that Ms. Sherrer's action be dismissed. Neither the Complaint or Amended Complaint satisfies Federal Rule of Civil Procedure 8's pleading requirements or otherwise states a claim upon which relief can be granted. Therefore, this action is DISMISSED.

DATED this 7th day of January, 2019.

BY THE COURT:

Clark Waddoups
United States District Judge